NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUZANNE JAFFE STILLMAN,**
*Plaintiff-Appellant,*

v.

**NOVARTIS CONSUMER HEALTH, INC.,**
*Defendant-Appellee,*

AND

**BAYER HEALTHCARE, LLC,**
*Defendant-Appellee,*

AND

**CVS PHARMACY, INC. AND WALGREEN COMPANY,**
*Defendants-Appellees,*

AND

**HEATHER AND COMPANY FOR IBS LLC AND RENEW LIFE FORMULAS INC.,**
*Defendants-Appellees,*

AND

**THE PROCTER & GAMBLE COMPANY,**
*Defendant-Appellee,*

AND

**WAL-MART STORES, INC.,**
*Defendant-Appellee.*

---

2012-1243

Appeal from the United States District Court for the Central District of California in case no. 11-CV-5603, Judge R. Gary Klausner.

## ON MOTION

## O R D E R

Suzanne Jaffe Stillman moves to dismiss her appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

MAR 29 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Jacqueline K. Burt, Esq.
     Bradford J. Badke, Esq.
     Victor S. de Gyarfas, Esq.
     Anthony J. Fitzpatrick, Esq.
     Daniel C. Cotman, Esq.
     Bart L. Kessel, Esq.
     Bryan J. Sinclair, Esq.
s21
Issued As A Mandate:  MAR 29 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 29 2012

JAN HORBALY
CLERK